NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALPHAVAX, INC.,**
*Plaintiff-Appellant,*

v.

**NOVARTIS VACCINES AND DIAGNOSTICS, INC.,**
*Defendant-Appellee.*

---

2010-1487

---

Appeal from the United States District Court for the District of Massachusetts in case no. 09-CV-11176, Judge William G. Young.

---

## ON MOTION

---

## ORDER

Novartis Vaccines and Diagnostics, Inc. moves for a 60-day extension of time, until March 15, 2011, to file its brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__DEC 2 0 2010__           /s/ Jan Horbaly
       Date               Jan Horbaly
                          Clerk

cc:  Steven B. Kelber, Esq.
     Thomas P. Steindler, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 0 2010

JAN HORBALY
CLERK